CASE NO. B-16-231 (MC)
INSTRUMENT NO. 1

United States District Court
Southern District of Texas
FILED
FEB 22 2016
David J. Bradley, Clerk of Court

# SEALED RECORD

DESCRIPTION OF CONTENTS: Title III Application & proposed orders

SEALED BY ORDER OF THE COURT